# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| L.P.<br>by and through her father, J.P., individually<br>and on behalf of all others similarly situated | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 18-cv-01241-MJD-DTS |
| BCBSM, Inc.<br>doing business as<br>Blue Cross and Blue Shield of Minnesota | |
| Defendant(s), | |
| BCBSM, Inc.<br>doing business as<br>Blue Cross and Blue Shield of<br>Minnesota | Counter<br>Claimant, |
| J.P. | Counter<br>Defendant. |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff's Motion for Judicial Review Following Remand, Entry of Judgment, and Attorney's Fees [Docket No. 94] is **GRANTED IN PART**

and **DENIED IN PART** as follows: Plaintiff is entitled to $32,028.16 in benefits for the Change Academy claims, which is less than the $83,554.55 Defendant previously paid on those claims; therefore, judgment is entered against Defendant for $0. Defendant's counterclaim is denied.

2. Defendant's Letter Request for Permission to File Motion for Reconsideration [Docket No. 106] is **DENIED**.

Date: 9/22/2021                                                               KATE M. FOGARTY, CLERK